UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRON MILLET, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:20-cv-00539-RLW |
| ) | |
| STANLEY PAYNE, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on review of a document filed by petitioner Terron Millet that has been construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is not on a Court form. Furthermore, petitioner has not paid the filing fee or filed a motion for leave to proceed in forma pauperis. Therefore, the Court will direct petitioner to file an amended petition on a Court form, and to either file a motion for leave to proceed in forma pauperis, or pay the filing fee. Petitioner will be given thirty days to comply with this order. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's 28 U.S.C. § 2254 form.

**IT IS FURTHER ORDERED** that petitioner shall file an amended petition on the Court form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to petitioner a copy of the Court's motion to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that petitioner shall either pay the filing fee or submit a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, this action will be dismissed without prejudice and without further notice.

Dated this 30th day of July, 2020.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE