UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRON MILLET, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:20-cv-00539-RLW |
| | ) |
| STANLEY PAYNE, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of Terron Millet for an extension of time in which to file an amended petition and pay the filing fee. (Docket No. 4). In support of the motion, petitioner's counsel states that he has just entered his appearance on petitioner's behalf, that he has only received petitioner's file from his public defender within the last week, and that he needs additional time to draft an amended habeas petition. Petitioner's counsel also states that he has been unsuccessful in contacting the Clerk of Court to pay the filing fee. Petitioner's counsel asks to have until September 4, 2020 to file an amended petition and pay the filing fee. Good cause being shown, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for an extension of time (Docket No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall have until **September 4, 2020** to file an amended petition and pay the filing fee.

Dated this 26th day of August, 2020.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE
